UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Martha M. Alcivar,<br><br>Plaintiff,<br><br>v.<br><br>Ally Financial Inc., Barclays Bank Delaware, Citibank, N.A., Equifax Information Services L.L.C., Experian Information Solutions, Inc., and Trans Union (of Delaware), L.L.C.,<br><br>Defendants. | Case No. ___________<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Citibank, N.A. ("Citibank") by and through the undersigned counsel, hereby removes this action to the United States District Court for the Eastern District of New York. In support, Citibank states as follows:

**BACKGROUND**

1. On September 9, 2026, Plaintiff Martha M. Alcivar ("Plaintiff") filed a Summons with Complaint against *inter alia* Citibank in the Civil Court of the City of New York, County of Kings, under Index No. CV-03096-26/KI ("State Court Action"). *See* Summons and Complaint, attached as Ex. A ("Complaint").

2. Plaintiff has not served Citibank with the Complaint and Citibank has not answered or otherwise responded to the Complaint.

3. The Complaint constitutes all process, pleadings and orders filed in the State Court Action.

4. By filing this notice of removal, Citibank does not waive any claim, counterclaim, or defense that may be available to it, including, but not limited to improper venue, failure to state

a claim upon which relief may be granted, and that the card agreement(s) governing the parties' relationship requires that this suit be filed in arbitration.

## BASIS FOR REMOVAL

### Federal Question Jurisdiction

5. Removal of this matter is proper under 28 U.S.C. § 1331, which provides that federal courts shall have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," because Plaintiff's Complaint assert claims arising out of federal law, namely, the Fair Credit Reporting Act, 15 U.S.C. § 1681 ("FCRA"). *See* Ex. A.

### Venue

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1441(a), because the United States District Court for the Eastern District of New York is a judicial district in which a substantial part of the events or omissions giving rise to Plaintiff's claims occurred as Plaintiff is a resident of Richmond County, New York, and Plaintiff originally commenced this action for alleged violations of the FCRA in Kings County, New York.

### Procedure

7. This Notice of Removal is timely. Plaintiff filed the Complaint on September 9, 2026. Plaintiff has not served Citibank with Summons and Complaint. Accordingly, the earliest possible deadline for Citibank to remove this matter is October 9, 2026. *See* 28 U.S.C. § 1446(b)(1).

8. Ally Financial Inc., Barclays Bank Delaware, Citibank, N.A., Equifax Information Services L.L.C., Experian Information Solutions, Inc., and Trans Union (of Delaware), L.L.C are the only defendants in this case. However, no defendant has "been properly joined and served" in the State Court Action. *See* 28 U.S.C. § 1446(b)(2)(A).

9. As required by 28 U.S.C. § 1446(d), Citibank is serving a copy of this Notice of Removal on Plaintiff and filing a copy of this Notice of Removal with the Clerk of the Court for the Civil Court of the City of New York, County of Kings. *See* Notice of Removal (exhibits omitted), attached as Ex. B.

**CONCLUSION**

WHEREFORE, Citibank hereby removes the above-captioned action now pending in the Civil Court of the City of New York, County of Kings, to the United States District Court for the Eastern District of New York and requests that this Court assume full jurisdiction over this action as provided by law.

Dated: October 1, 2026

Respectfully submitted,

By: */s/ Aleksandr Altshuler*

Aleksandr Altshuler
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 223-0200 (Telephone)
(212) 223-1942 (Fax)
altshulera@ballardspahr.com

*Counsel for Defendant Citibank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice of Removal and enclosed exhibits to be served by U.S. mail, postage prepaid upon the Plaintiff in the State Court Action as follows:

Paul Camarena Esq.
5614 Connecticut Ave N.W., No. 256
Washington, D.C. 20015
*Counsel for Plaintiff*

Dated: October 1, 2026

*/s/ Aleksandr Altshuler*
Aleksandr Altshuler